FILED
SCRANTON
NOV - 6 2017
PER _____ DEPUTY CLERK

Motion to file Complaint against York County Prison

In The Court Of Common Pleas Of York County Civil Action

Kameron Orr                                         NO. 1:17-01658-YK-RM
    v.
Clair Doll
(York County Prison)

## Complaint

1) On Feburary 2, 2017 - March 31, 2017. I served time in Solitary confinement. March 23, 2017. Was the begining of my last week there. Which is when I began to suffer from a severity of sensitivity. Both in my gums & teeth. On the upper left side of my mouth. The sensitivity was accompanied by cavity like pain that left me with a constant migraine

2) Both of these issues together caused for me to not be able to chew to consume my food, without extreme pain! This left me unable to eat and in constant pain the entire day. I submitted numerous Medical... (Continue to page #2)

Cc File: Entire motion Pgs # 1-7

Haines V. Kerner 30 Led 2d 652, 404 US

①

sick call slips notifying them of my pain and being unable to eat. I also pleaded with numerous Correctional Officers & Captains including Capt. Charels Neeper, who was in charge of that area, to get me care. Days later, I've still remained unseen. I then filed grievances on behalf of my suffering and in light of me recieving help. I requested to be seen or if I could simply have medication to aid me. Until I were able to be properly seen.

2) On March 29, 2017, Catriona, the dentist assistant, finally came to see me. As I explained to her what I was suffering from and attempted to show her. She quickly brushed me off and refused to provide me with any care or help.

3) Despite me telling her that I was suffering severe constant pain and unable to eat. Instead she insisted that I purchase a soft bristle toothbrush and sensydine toothpaste off of Commissary. She claimed that would aid my problem. 4) I was on BAU and indigent. Those two reasons alone disabled me

Me from being able to purchase or obtain the items. Cathy was also well aware of my status prior to her remarks. I also reinformed her of my entire situation and continued asking her to please help me. Which she refused, then knowingly sent me back to the block in pain.

4) I never recieved any response from either of the grievances I filed. Until months later. I was denied any relief. I then appealed Deputy Warden Michael Boonos decision to the solicator who further investigated my situation and also refused to grant me relief for my suffering.

5) I then wrote numerous letters to the Chairman Inspectors of the York County Prison Board. Dating back as far as both May and June 2017. I've recieved no responses. I've properly and respectively taken every step to exhaust all remedy within the prison. I still have not recieved any relief...

## Argument

1) I had a serious medical need that required care that I never recieved.

③

2) Due to the negligence and carelessness from prison staff & medical personel. I was left to suffer a severity of unnecessary and wanton infliction of pain for a week+

3) I believe that the mistreatment that I was forced to endure is sufficent to substain my claim of <u>Deliberate Indifference</u> on the following grounds: <u>A)</u> my medical need was not only continuous & serious. It needed adequate attention/care provided. In which both staff & medical were aware of my situation and knowingly left me in pain. Unable to eat without any treatment for a week+. <u>B)</u> Once aware of my suffering, staff and medical <u>both</u> refused to help me. <u>C)</u> I never ended up recieving <u>any</u> help or care from medical. <u>D)</u> 1. They knew of an inmates need for medical attention/treatment but intentionally refused to provide it. 2. Delayed necessary medical treatment based on non-medical reason and 3. Prevented inmate from recieving needed or recommended treatment as requested.

4) Neither staff nor medical took any action to abate the known suffering or injury.

(4)

5) These issues I endured with him, violate both my 8th & 14th Amendments and my protection against any cruel and unusual punishment or treatment. (or)

## Mental Health

1. I suffer from serious depression. Which I currently are taking mental health medication for.
2. I also suffer from anxiety and serious mood impulse urges. Which I take medication for that as well. I take mood stabilizers.
3. My charges are serious and I'm facing a lot of time. Which already keeps me in a down or bad mood.
4. I'm going through a lot already without much of anything to help me cope.
5. Staff knew of my situation & mental health prior to the incident.
6. Instead of helping me and making sure that I got reasonable care. They worsend my situation by neglecting & refusing to help me.

(5)

7.) Both Medical, Prison Staff knowingly left me in Physical pain suffering. Which caused for me to suffer from both mental & emotional distress on top of the Physical Pain.

8.) Both the pain and neglect I suffered from Staff refusing to help me. Made me feel & think suicidal and harmful thoughts and feelings towards myself and others. From purposely being visiously, Carelessly, recklessly, knowingly and negligently mistread by Staff & Medical.

### Relief

1) Being that all above stated acts are true and sworn too be. I request a relief of nominal. ~~For~~ damages in the sum of 15,000$. For the illegal invasion and violation of my 8th & 14th Amended rights against Cruel & unusual punishment. Also for the <u>extended</u> period of time that I was forced to suffer without <u>any</u> medical relief or aid.

2) I also request punitive relief in the amount of 10,000$ which I request to pay for all Court costs and restitution. As well as partial relief for my

(6)

Suffering. To also serve as a reasonable Consequence for the penalty York Canty Prison has made towards me & my amended rights of the Constitution. Please and Thank You.

10/26/17

Respectfully Submitted,
Kameron Orr NC7855
Kameron Orr NC7855

## Verification

I verify that the statements made in this affidavit are true and correct. I understand that false statements herein are made subject to the penalties of Pa. C.S. 4904, relating to unsworn falsification to authorities

10/26/17

Signature
X Kameron Orr #NC7855

⑦

Kameron Orr #NC7855
SCI Camp Hill
P.O. Box 200
Camp Hill PA. 17001-0200

Camp Hill held my mail for 4 days before returning it to me. I originally sent this Motion on date: 10/25/17 Kameron Orr NC7855

Legal Mail

United States District Court
for the Middle District of Pennsylvania
235 North Washington Avenue
P.O. Box 1148
Scranton PA. 18501-1148

**WE NEED A CASH SLIP SIGNED BY YOU AND AN OFFICER. READ THE DIRECTIVE ON MAIL REGULATIONS**
**MAIL ROOM.**

