IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KAMERON ORR,
    Plaintiff

    v.

CLAIR DOLL, et al.,
    Defendants

No. 1:17-CV-01658

(Judge Kane)

## ORDER

**AND NOW**, this 16th day of March 2018, **IT IS ORDERED THAT**:

1. Plaintiff's amended complaint (Doc. No. 10), is **DISMISSED WITHOUT PREJUDICE**;

2. Defendant York County Prison is **DISMISSED** from this action **WITH PREJUDICE**;

3. Plaintiff's motions to appoint counsel (Doc. Nos. 2 and 12), are **DENIED WITHOUT PREJUDICE**;

4. Plaintiff's motion to proceed in forma pauperis (Doc. No. 3), is construed as a motion to proceed without full prepayment of the filing fee and is **GRANTED**; and

5. Plaintiff is granted thirty (30) days from the date of this Order to file a second amended complaint. If Plaintiff elects to file a second amended complaint, Plaintiff is advised to adhere to the standards set forth in the Federal Rules of Civil Procedure and the directives set forth by this Court in the accompanying Memorandum. If Plaintiff fails to file a second amended complaint within thirty (30) days of the date of this Order, the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

                                         s/ Yvette Kane_____
                                         Yvette Kane, District Judge
                                         United States District Court
                                         Middle District of Pennsylvania