IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KAMERON ORR, :
    Plaintiff :
: No. 1:17-cv-01658
v. :
: (Judge Kane)
CLAIR DOLL, et al., :
    Defendants :

# ORDER

**AND NOW**, on this 29th day of June 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's second amended complaint (Doc. No. 18), is **DISMISSED** for failure to state a claim upon which relief may be granted and without further leave to amend, as any further amendment would be futile. See Foman v. Davis, 371 U.S. 178, 182 (1962); Shane v. Fauver, 213 F.3d 113, 115 (3d Cir. 2000); and

2. The Clerk of Court is directed to **CLOSE** this case.

                                             s/ Yvette Kane
                                             Yvette Kane, District Judge
                                             United States District Court
                                             Middle District of Pennsylvania